
FILED
FEB - 2 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN RE: SEARCH WARRANT | ) ) ) | No. 1:17sw37 |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the affidavit in support of the application for a search warrant in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that these legitimate interests outweigh at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the affidavit in support of the application for a search warrant be sealed until the United States moves to unseal it, except that it may be provided to the defense in *United States v. Nicholas Young*, No. 1:16cr265.

/s/
Ivan D. Davis
United States Magistrate Judge

Date: 2 Feb 17
Alexandria, Virginia