# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

2017 MAR 10 A 9 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>)<br>Information Associated with an Account )<br>at Facebook, Inc., 1601 S. California Ave., )<br>Palo Alto, California ) | Case No. 1:17sw 37 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Northern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

information associated with the Facebook user ID 100001312928217, under the name of Ciaphas Cain that is stored at the premises of Facebook, Inc., with offices at 1601 S. California Ave., in Palo Alto, California

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime contained in records associated with the user accounts further described in Attachment A.

     YOU ARE COMMANDED to execute this warrant on or before    16 Feb 17    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

     Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

     The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Ivan D. Davis     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   2 Feb 17 @ 1141 hrs       /s/ Ivan D. Davis
                                                                                 *United States Magistrate Judge*

City and state:    Alexandria, VA                  Ivan D. Davis, U.S. Magistrate Judge
                                                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:17sw | Date and time warrant executed: 2/2/17 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Records of Facebook Account 100001312928217, to include subscriber information, shares, timeline posts & comments, private messages, photos. Records were recieved from Facebook on 3/1/17.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/16/17

Executing officer's signature

Nicholas Caslen, Special Agent
Printed name and title